No. 1001. PETER MADJORUS *v.* STATE OF OHIO. April 12, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Ohio denied. *Mr. Jonathan Taylor* for petitioner. No appearance for respondent.

No. 1003. BENJAMIN T. GOLDMAN *v.* JOHN W. CHRISTY, JAMES P. THOMSON, HATTIE S. BARBER, ET AL. April 12, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota denied. *Mr. George S. Grimes* for petitioner. *Mr. Charles R. Fowler* for respondents.

No. 1004. HILLS BROTHERS *v.* FEDERAL TRADE COMMISSION. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frank P. Deering* and *Dana T. Ackerly* for petitioner. *Solicitor General Mitchell* and *Messrs. Bayard T. Hainer,* and *Adrien S. Busick* for respondent.

No. 1005. LUCKENBACH STEAMSHIP COMPANY, INC., AS OWNERS OF THE STEAMSHIP PLEIADES, HER ENGINES, ETC., *v.* UNITED STATES. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Peter S. Carter* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Letts,* and *Mr. Dean Hill Stanley* for the United States.

No. 1006. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY *v.* LOMA FRUIT COMPANY AND INTERNATIONAL NAVAGATION COMPANY, LTD. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. A. S. H. Bristow, William Mann, E. E. McInnis,* and *Homer W. Davis* for petitioner. *Messrs. Irving Miller* and *Roscoe H. Hupper* for respondents.